UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ELTON PIPER,

    Plaintiff,

v.                                Case No.  5:19-cv-570-TKW/MJF

CARLOS DEL TORO,

    Defendant.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 43) and Plaintiff's objection (Doc. 44).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendant is entitled to summary judgment on all the claims asserted by Plaintiff in the complaint.[1]  Accordingly, it is

    **ORDERED** that:

---

[1] Although Defendant did not move for summary judgment on the Civil Service Reform Act (CSRA) claim, he did argue in response to Plaintiff's motion for summary judgment that the CSRA claim failed to state a claim upon which relief can be granted.  The magistrate judge agreed with Defendant and recommended that the Court grant summary judgment on the CSRA claim *sua sponte* after Plaintiff had an opportunity to be heard on the issue.  *See* Doc. 43, at 18 n.10.  Plaintiff objected to aspects of the magistrate judge's ruling on the CSRA claim but none of the issues raised in the objection persuade the Court that it should not grant summary judgment on the CSRA claim as recommended by the magistrate judge.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion for partial summary judgment (Doc. 37) is **GRANTED**

3. Plaintiff's motion for partial summary judgment (Doc. 39) is **DENIED**.

4. Summary judgment is **GRANTED** *sua sponte* on Plaintiff's CSRA claim.

5. The Clerk shall enter judgment in favor of Defendant, stating "This case is resolved on summary judgment. Plaintiff's claims are dismissed on the merits, and Plaintiff shall take nothing from this action."

6. The Clerk shall close the case file.

**DONE and ORDERED** this 28th day of February, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**